UNITED STATES DISTRICTCOURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MICHAEL TYBERG,

        Plaintiff

    -against-

ALBERT EINSTEIN COLLEGE OF MEDICINE OF
YESHIVA UNIVERSITY, ALBERT EINSTEIN
COLLEGE OF MEDICINE OF YESHIVA UNIVERSITY
COMMITTEE ON STUDENT PROMOTIONS AND
PROFESSIONAL STANDARDS, JAMES DAVID, M.D.,
and ALLEN M. SPIEGEL, M.D.,

        Defendants

-------------------------------------------------------------- X

Case No.: 07 CV 2262

RULE 7.1 STATEMENT

    Pursuant to Rule 7.1 (formerly Local General Rule 1.9) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Albert Einstein College of Medicine of Yeshiva University, Albert Einstein College of Medicine of Yeshiva University Committee on Student Promotions and Professional Standards, James David, M.D., and Allen M. Spiegel, M.D. certifies that none of the above-named defendants is a corporation.

Dated: New York, New York
       April 5, 2007

SIVE, PAGET & RIESEL, P.C.
Attorneys for Defendants
Albert Einstein College of Medicine of
Yeshiva University, Albert Einstein
College of Medicine of Yeshiva
University Committee on Student
Promotions and Professional Standards,
James David, M.D., and Allen M. Spiegel,
M.D.

By: _____
Daniel Riesel (DR 9777)
(A member of the Firm)
460 Park Avenue
New York, New York 10022
(212) 421-2150

TO:

KROLL, MOSS & KROLL, LLP
Attorneys for Plaintiff
ATTN: MARTIN N. KROLL
400 Garden City Plaza, Suite 310
Garden City, New York 11530
(516) 873-8000

P:\5998\Rule 7.1 disclosure statement.doc