## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ss.:
COUNTY OF NEW YORK   )

DANIELA FUSCO, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On April 5, 2007, I served the within ANSWER upon:

KROLL, MOSS & KROLL, LLP
Attorneys for Plaintiff
ATTN: MARTIN N. KROLL
400 Garden City Plaza, Suite 310
Garden City, New York 11530
(516) 873-8000

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of New York for overnight delivery.

_____
DANIELA FUSCO

Sworn to before me this
5th day of April, 2007

_____
Notary Public

P:\5978\AOS April 2007.doc

JOAN LEVY
Notary Public, State of New York
No. 01LE4760027
Qualified in Queens County
Commission Expires February 28, 20_11_