| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ATTORNEY:<br>Kroll, Moss & Kroll |

MICHAEL TYBERG,

Case No. 07 –CV 2262 (CLB)

V.

ALBERT EINSTEIN COLLEGE OF MEDICINE OF
YESHIVA UNIVERSITY, ET AL,

Date of Filing: 3/16/07
Judge Brieant

ECF CASE

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on March 16, 2007 at 4:07 p.m. at 500 West 185th Street, Room 1001, New York, N.Y.

Deponent served the within <u>Summons and Complaint in a Civil Case</u>

Upon ALBERT EINSTEIN COLLEGE OF MEDICINE OF YESHIVA UNIVERSITY

(Corporation)
by delivering to and leaving a true copy of each with **MARTIN H. BOCKSTEIN (General Counsel)** a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

<u>Deponent describes the individual served as follows:</u>

| <u>Sex</u> | <u>Skin</u> <u>Color</u> | <u>Hair Color</u> | <u>Age</u> | <u>Height</u> | <u>Weight</u> |
|---|---|---|---|---|---|
| Male | White | Gray/balding | 62-64 | 6'0" | 195 |

Other Identifying Features: __

(X) <u>The Index No. and Date of Filing were endorsed upon the documents so served.</u>

Michael Weiner
License No.1145455

Sworn to before me on March 21, 2007

ALIZA ROSHAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO6030066
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 7, 2009

**YESHIVA UNIVERSITY**

Martin H. Bockstein
*General Counsel*

500 WEST 185TH STREET · BELFER HALL 1001
NEW YORK, NY 10033

TEL 212-960-0153 · FAX 212-960-5346 · bockstei@yu.edu

Certified Lawyers Service

**ORIGINAL**