UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

MICHAEL TYBERG

V.

ALBERT EINSTEIN COLLEGE OF MEDICINE OF
YESHIVA UNIVERSITY, ET AL

-------------------------------------------------------------------

**ATTORNEY:**
**Kroll, Moss & Kroll**
**Case No. 07-CV 2262**
**Date of Filing: 3/16/07**
**Judge Brieant** (CLB)

**ECF CASE**

## Affidavit of Service

STATE OF NEW : COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A
PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF
NEW YORK.

That on March 19, 2007 at 1:18 p.m. at 1300 Morris Park Ave., Belfar Bldg., Bronx, N.Y. 10461

Deponent served the within   Summons and Complaint in a Civil Case   upon ALLEN M. SPIEGEL, M.D.

(Suitable Age Person)

By delivering a true copy of each to   JOANN McLAUGHLIN (Exec. Secty. for Dean's Office )   a person of
suitable age and discretion. Said premises are Recipient's actual   place of business   within the State of New York.

Deponent describes the individual served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|-----|-----------|-----------|-----|--------|--------|
| Female | white | brown/gray | 54-56 | 5'2" | 118 |

(Mailing To Business)

Within 24 hours of service (3/20/07) deponent enclosed a copy of same in postpaid envelope addressed to recipient
at recipient's actual   place of business   in an official depository under the exclusive care of the United States Postal
Service within New York State. The envelope bore the Legend "Personal & Confidential" & did not indicate on
the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned
an action against the recipient.

(Non-Military)

Deponent asked the recipient whether   ALLEN M. SPIEGEL, M.D.   was in active military service of the United
States or of the State of New York in any capacity whatsoever and received a negative reply. Upon information
and belief I aver that ALLEN M. SPIEGEL, M.D.   is not in the military service of New York State or of the
United States .

Michael Weiner
License No.1145455

Sworn to before me on March 21, 2007

ALIZA ROSHAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R06030066
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 7, 2009

ORIGINAL

Certified Lawyers Service