| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ATTORNEY:<br>Kroll, Moss & Kroll |
| MICHAEL TYBERG, | Case No. 07 –CV 2262 (CLB) |
| V.<br>ALBERT EINSTEIN COLLEGE OF MEDICINE OF<br>YESHIVA UNIVERSITY, ET AL, | Date of Filing: 3/16/07<br>Judge Brieant<br>ECF CASE |

**Affidavit of Service**

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on March 19, 2007 at 1:11 p.m. at 1300 Morris Park Ave., Belfar Bldg., Bronx, N.Y. 10461

Deponent served the within <u>Summons and Complaint in a Civil Case</u>

Upon ALBERT EINSTEIN COLLEGE OF MEDICINE OF YESHIVA UNIVERSITY COMMITTEE

ON STUDENT PROMOTIONS AND PROFESSIONAL STANDARDS

<u>(Corporation)</u>
by delivering to and leaving a true copy of each with LOYDA CRUZ <u>(Sr. Secty. at Office of Education)</u> a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

<u>Deponent describes the individual served as follows:</u>

| <u>Sex</u> | <u>Skin</u> <u>Color</u> | <u>Hair</u> <u>Color</u> | <u>Age</u> | <u>Height</u> | <u>Weight</u> |
|---|---|---|---|---|---|
| Female | White | red/brown | 42 | 5'5" | 130 |

Other Identifying Features: _____

(X) <u>The Index No. and Date of Filing were endorsed upon the documents so served.</u>

Michael Weiner
License No.1145455

Sworn to before me on March 21, 2007

ALIZA ROSHAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO5030066
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 7, 2009

ORIGINAL

Certified Lawyers Service