USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MICHAEL TYBERG,                                 :

                Plaintiff,          :

      -against-                                 :

ALBERT EINSTEIN COLLEGE OF MEDICINE  :
OF YESHIVA UNIVERSITY ET AL.,
                                           :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 2262 (WHP)

ORDER FOR INITIAL
PRETRIAL CONFERENCE

WILLIAM H. PAULEY III, District Judge:

        The pre-trial conference is adjourned to October 5, 2007 at 10:00 a.m.

Dated:  September 28, 2007
       New York, New York

                                              SO ORDERED:

                                              _____
                                              WILLIAM H. PAULEY III
                                                      U.S.D.J.

*Counsel of record:*

Martin N. Kroll, Esq.
Kroll Moss & Kroll LLP
400 Garden City Plaza
Garden City, NY 11530
*Counsel for Plaintiff*

Daniel Riesel, Esq.
Sive, Paget & Riesel
460 Park Avenue
New York, NY 10022
*Counsel for Defendants*