USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MICHAEL TYBERG, :

                Plaintiff, :

  -against- :

ALBERT EINSTEIN COLLEGE OF MEDICINE :
OF YESHIVA UNIVERSITY ET AL.,

                 :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 2262 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       Counsel having appeared before the Court for an initial pre-trial conference on October 5, 2007, the following schedule is established on consent of the parties:

1. Parties shall complete factual discovery and identify any experts by January 31, 2008;

2. If experts are identified, the parties shall exchange expert reports by February 2, 2008;

3. The parties shall complete all discovery by March 31, 2008;

4. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by April 30, 2008; and

5. A final pre-trial conference shall be held on May 9, 2008 at 10:00 a.m.

Dated: October 5, 2007
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of record:*

Martin N. Kroll, Esq.
Kroll Moss & Kroll LLP
400 Garden City Plaza
Garden City, NY 11530
*Counsel for Plaintiff*

Daniel Riesel, Esq.
Sive, Paget & Riesel
460 Park Avenue
New York, NY 10022
*Counsel for Defendants*