UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MICHAEL TYBERG,                                  :

                Plaintiff,      :        07 Civ. 2262 (WHP)

-against-                                        :        SCHEDULING ORDER

ALBERT EINSTEIN COLLEGE OF MEDICINE  :
OF YESHIVA UNIVERSITY ET AL.,
                                                 :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel having appeared before the Court for a pre-motion conference on March 13, 2008, the following schedule is established on consent of the parties:

1. Defendants shall file their motion for summary judgment by April 2, 2008;

2. Plaintiff shall file his opposition to the motion by May 6, 2008;

3. Defendants shall file any reply by May 19, 2008; and

4. Oral argument concerning the motion shall take place on May 30, 2008 at 10:30 a.m.

Dated: March 13, 2008
       New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of record:*

Martin N. Kroll, Esq.
Kroll Moss & Kroll LLP
400 Garden City Plaza
Garden City, NY 11530
*Counsel for Plaintiff*

Daniel Riesel, Esq.
Sive, Paget & Riesel
460 Park Avenue
New York, NY 10022
*Counsel for Defendants*