UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
MICHAEL TYBERG,

             Plaintiff,

       -against-

ALBERT EINSTEIN COLLEGE OF MEDICINE OF
YESHIVA UNIVERSITY, ALBERT EINSTEIN
COLLEGE OF MEDICINE OF YESHIVA UNIVERSITY
COMMITTEE ON STUDENT PROMOTIONS AND
PROFESSIONAL STANDARDS, JAMES DAVID, M.D.,
and ALLEN M. SPIEGEL, M.D.,

             Defendants.
----------------------------------------------------------------- X

Case No.: 07 CV 2262

NOTICE OF MOTION FOR
SUMMARY JUDGMENT

      PLEASE TAKE NOTICE that, upon the Affidavit of Nadine Katz, M.D., sworn to March 31, 2008, and the exhibits annexed thereto; the Affirmation of Daniel Riesel, dated April 1, 2008, and the exhibits annexed thereto; and the accompanying Memorandum of Law, Albert Einstein College of Medicine of Yeshiva University, Albert Einstein College of Medicine of Yeshiva University Committee on Student Promotions and Professional Standards, James David, M.D., and Allen M. Spiegel, M.D., hereby move this Court on the 30th day of May, for an Order granting summary judgment against Plaintiff pursuant to Fed. R. Civ. P. 56(b), and such other and further relief as this Court may deem just and proper.

      Pursuant to Judge William H. Pauley III's March 12, 2008 order, Plaintiff shall serve opposition papers on Movants on or before May 19, 2008.

Dated: New York, New York
       April 1, 2008

                                          SIVE, PAGET & RIESEL, P.C.
                                          Attorneys for Defendants

                                          By: *[signature]*
                                          Daniel Riesel (DR-9777)
                                          460 Park Avenue
                                          New York, New York 10022
                                          (212) 421-2150

To:    Martin N. Kroll
         Kroll, Moss & Kroll, LLP
         400 Garden City Plaza, Suite 310
         Garden City, New York 11530
         (516) 873-8000