## Committee on Student Promotions and Professional Standards

Name: **Michael Tyberg**

Date of Matriculation: **August 2002**          Date: **11/14/05**

### Year 1 - 2002/2003

| Histology:<br>Exam 1 F 53.7<br>Final Grade: F 54.7<br>Make-up P 65 | Anatomy:<br>1. Pass  2. Pass  3. Fail<br>Unit #3 : Pass<br>Final Grade: PASS | CV Phys:<br>P 64.3 | Renal:<br>Exam 1 F 64<br>Exam 2 F 56.0<br>Final Grade F 53.4<br>Make-up - P 96 |
|---|---|---|---|
| MCFM:<br>1. P 65.3  2. P 80.9  3. P 86.2  4. P 75.9  5. F 59.5  6. P 67.8<br>Final Average: 72.4<br>Make-up - F 64.4  MUST REPEAT UNITS: 4, 5, 6 | | Dis Mech:<br>P 82.1 | Pharm:<br>Exam 1 P 69.4<br>Final  P 89.2 |
| ICM: Intro to Patient<br>PASS | ICM: Clinical Experience<br>PASS | Preventive Medicine:<br>PASS | |

### Year 2 - 2003/2004

| MCFM:<br>4. P 75.9  5. F 64.9  6. P 88.1<br>Final Average: 76.1<br>Make-up - P78.3 | | GI/Liver<br>P 79 | |
|---|---|---|---|
| Endocrine<br>P 78.8 | Repro<br>P 69 | Pulmonary<br>Exam 1 - 12/19/03 (excused*)<br>Exam 2 - 2/2/04 (excused*)<br>Final<br>M/U - Did not sit<br>WITHDREW | Hematology<br>Exam 5/5/04  F-0**<br>M/U  P 78 |

### Year 3 - 2004/2005

| Nervous System/HB<br>Exam 1  P 79.3<br>Exam 2  P 80.8<br>Final    P 78.3 | CV Med<br>P 72.4 | Pulmonary<br>Exam 1  P 77.3<br>Exam 2  P 76.4<br>Final Grade  P76.7 | Parasitology<br>P 82 |
|---|---|---|---|
| ICM: Clinical Examination<br>P 89.0 | | Micro<br>Exam 1.  P 78<br>Exam 2.  P 86<br>Exam 3.  P 94.2<br>Final Grade  P 87.5 | Rheum<br>P 77.1 |

\*   *Conflict w/MCFM exams, requested permission to take make-up*
\*\* *5/11/04 - e-mailed Dr. David, requested permission to take make-up - illness*



ATTACHMENT # 1-a

SPR- 0027

## Year 4 - 2005/2006

| Step 1<br>F-181 | Family Med<br>HP | | | | |
|---|---|---|---|---|---|
| | | | | | |

ATTACHMENT
# 1-a

SPR- 0028