

# Albert Einstein College of Medicine of Yeshiva University

James David, M.D.
*Associate Dean for Students*

Jack and Pearl Resnick Campus
1300 Morris Park Avenue
Belfer Building, Room 210
Bronx, New York 10461

Phone: 718•430•3060
FAX:   718•430•3764
email: david@aecom.yu.edu

August 7, 2003

**COPY**

Mr. Michael Tyberg
1925 Eastchester Road, Apt. 7A
Bronx, NY 10461

VIA AIRBORNE EXPRESS

Dear Michael,

I am writing to document the course work plan we have discussed and decided upon.

This past academic year 2002-2003, you successfully completed the following:

**Histology & Cell Structure**
**ICM A - Introduction to the Patient**
**ICM B - The Clinical Experience**
**Clinical & Developmental Anatomy**
**Disease Mechanisms**
**CV Physiology**
**Principles of Preventive Medicine**
**Principles of Pharmacology**
**Renal Disease**

This current academic year 2003-2004, you will enter the Class of 2007, and your schedule will include the following:

**Molecular & Cellular Foundations of Medicine, Units 4, 5, 6, 7 and 8 (Exams 4, 5 and 6)**
**Endocrine Systems**
**Reproductive Systems & Human Sexuality**
**ICM-Clinical Examination**
**Cardiovascular System**
**Pulmonary System**
**GI Liver System**
**Hematological System**

Tyberg....2

The by-laws of the Committee on Student Promotions and Professional Standards can be found at www.aecom.yu.edu/ooe/students, and hard copies are available in my office, Belfer 210.

Please be very careful in planning for your examinations, and family and friends must accept (and hopefully understand) that your focus must be firmly on your schoolwork. Avail yourself of our Cognitive Skills Program and the tutoring services provided by Dr. Mildred Witt (718-430-3154). Extra-curricular activities should be kept to an absolute minimum, or undertaken with a full awareness of the risks involved. In other words, I urge you to make good decisions, there is a lot at stake here.

I urge you to make a stand that your schoolwork be your highest priority. You should study as much as you possibly can, day-in-and-day-out, and working with study partners that support one another's motivation is a great help.

Come in to see me and/or the rest of the second floor team anytime you need us.

Sincerely,

James David, M.D.
Associate Dean for Students

JD/mnd

Copy:   Student file

# Student Summary change log

**Tyberg, Michael Mendel** TIPS
SSN: 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, AAMC ID: 11142751
Albert Einstein Col of Med

## Latest Status edit status history add new status

| | |
|---|---|
| Current Status: | First Year Matriculant |
| Effective Date: | 08/07/2003 |
| Record Updated: | 08/11/2003 |
| Academic Year: | 2003 - 2004 |
| Degree Type: | MD Program |
| Class Level: | 1 |
| Prior Status: | |
| Exp. Grad Date: | 06/2007 |

## Highest Professional/Graduate Degree add

| | |
|---|---|
| College: | |
| Program: | |
| Degree: | |
| Date: | |

## Matriculation Info edit

| | |
|---|---|
| Matric.Status: | First Year Matriculant |
| Matric. Date: | 08/26/2002 |
| Matric Acad Year: | 2002 - 2003 |
| Entry Level: | 1 |
| Exp. Grad. Date: | 05/2006 |
| Degree Type: | MD Program |
| Record Updated: | 11/20/2002 |

## Biographical Information edit

| | |
|---|---|
| Gender: | Male |
| Self-Description: | Race - White |
| | Ethnicity - Not Hispanic |
| Date of Birth: | 02/26/1976 |
| Preferred First Name: | |
| Prev Name: | |
| Email: | mtyberg@aecom.yu.edu |

## Legal Residence edit

| | |
|---|---|
| State: | New York |
| County: | KINGS |
| Country: | U.S.A. (w/terr/poss) |

## Birthplace edit

| | |
|---|---|
| State: | Foreign |
| County: | FR UNIDENTIFIED |
| City: | TORONTO |
| Country: | |

## Citizenship edit

| | |
|---|---|
| Country: | U.S.A. (w/terr/poss) |
| Visa Type: | Native born/US |

ADD COMMENTS

* matriculated into class 2007 on August 7, 2003.