

# Albert Einstein College of Medicine of Yeshiva University

James David, M.D.
*Associate Dean for Students*

Jack and Pearl Resnick Campus
1300 Morris Park Avenue
Belfer Building, Room 210
Bronx, New York 10461

Phone: 718•430•3060
FAX:    718•430•3764
email:  david@aecom.yu.edu

December 16, 2003

Mr. Michael Tyberg
1925 Eastchester Road Apt # 7A
Bronx, NY 10461

Dear Michael,

I'm in receipt of your letter (attached) requesting to withdraw from the Cardiovascular System course. Your request is approve.

Your revised schedule will be:

**ACADEMIC YEAR 2002-2003**
Histology - *Passed on make-up*
Molecular & Cellular Foundations of Medicine - *Failed*
Anatomy - *Passed*
ICM - *Passed*
Disease Mechanisms - *Passed*
CV Physiology - *Passed*
Principles of Preventive Medicine - *Passed*
Principles of Pharmacology - *Passed*
Renal Disease - *Passed on make-up*

**ACADEMIC YEAR 2003-2004**
Molecular & Cellular Foundations of Medicine - *Exams 4, 5, and 6 only*
Endocrine - *Passed*
Nervous System and Human Behavior - *Postponed*
Reproductive System - *Passed*
Cardiovascular System - *Postponed*
ICM - Clinical Examination
Pulmonary System - *to take exam 1 on make-up date (3/31/04)*
Micro/Infectious Disease - *Postponed*
Parasitology
GI/Liver System
Hematology
Rheumatology - *Postponed*

SPR- 0032

**ACADEMIC YEAR 2004-2005**
Nervous System and Human Behavior
Cardiovascular System
Micro/Infectious Disease
Rheumatology

You will be scheduled to take the Pulmonary exam 1 on the make-up date (3/31/04) and take MCFM exams 4, 5 and 6. You will pick up Cardiovascular System in the academic year 2004-2005 along with any outstanding second year courses. On this decelerated scheduled will join the Class of 2007 and your expected date of graduation is June 2007.

The by-laws of the Committee on Student Promotions and Professional Standard can be found at www.aecom.yu.edu/ooe/students.

Please be very careful in planning for your examinations, and friends and family must accept (and hopefully understand) that your focus must be firmly on your schoolwork. Avail yourself to our Cognitive Skills Program and the tutoring provided (430-3154). Extra-curricular activities should be kept to an absolute minimum, or undertaken with a full awareness of the risks involved. In other words, day-in-and-day-out, and working with study partners that support one another's motivation is a great help.

Come in to see me and/or the rest of the second floor team anytime you need us.

Sincerely,

James David, MD
Associate Dean for Students

cc: Mrs. Lillian Lombardi - Registrar's Office
Donna Licandro - Office of Instructional Support

Dear Dr. David,

COPY

I would like to retake the CV course next year. I am not certain that I will perform well enough on the exam and I feel that I will have a much better understanding of the material if I retake the course. Thank-you for understanding and for all your help in this matter.

Michael Tyberg

mtyberg@aecom.yu.ed

347-342-7745

SPR- 0034




# Albert Einstein College of Medicine of Yeshiva University

**James David, M.D.**
*Associate Dean for Students*

Jack and Pearl Resnick Campus
1300 Morris Park Avenue
Belfer Building, Room 210
Bronx, New York 10461

Phone: 718·430·3060
FAX:   718·430·3764
email: david@aecom.yu.edu

March 31, 2004

Mr. Michael Tyberg
1925 Eastchester Road, Apt. 7A
Bronx, NY 10461

VIA AIRBORNE EXPRESS

Dear Michael,

I am writing to approve your request to postpone the Parasitology and Pulmonary courses to academic year 2004-05. Your revised schedule will be as follows:

**Academic Year 2003-04**
MCFM - Units 4, 5/6, 7/8 (Exams 4, 5 and 6) **Failed Exam 5, Pass exams 4, 6**
Endocrine Systems - Pass
Reproductive Systems & Human Sexuality - Pass
GI Liver System - Pass
Hematological System

**Academic Year 2004-05**
Nervous System & Human Behavior
ICM-Clinical Examination
Cardiovascular System
Pulmonary System
Microbiology/Infectious Disease
Parasitology
Rheumatology

You are expected to sit for the MCFM make-up exam number 5, which covers exams 4/5/6, on April 28, 2004 at 12:00pm, and you are expected to complete Nervous System & Human Behavior, ICM-Clinical Examination, Cardiovascular System, Pulmonary System, Microbiology/Infectious Disease, Parasitology, Rheumatology courses in academic year 2004-2005 along with any outstanding second year courses, which can be revised at any time.

SPR- 0035

Tyberg....2

The by-laws of the Committee on Student Promotions and Professional Standards can be found at www.aecom.yu.edu/ooe/students, and hard copies are available in my office, Belfer 210.

Please be very careful in planning for your examinations, and family and friends must accept (and hopefully understand) that your focus must be firmly on your schoolwork. Avail yourself of our Cognitive Skills Program and the tutoring services provided by Dr. Mildred Witt (718-430-3154). Extra-curricular activities should be kept to an absolute minimum, or undertaken with a full awareness of the risks involved. In other words, I urge you to make good decisions, there is a lot at stake here.

I urge you to make a stand that your schoolwork be your highest priority. You should study as much as you possibly can, day-in-and-day-out, and working with study partners that support one another's motivation is a great help.

Come in to see me and/or the rest of the second floor team anytime you need us.

Sincerely,

James David, M.D.
Associate Dean for Students

JD/mnd

Copy: Student file