Michael Tyberg                                                  May 17, 2004

Committee on Student Promotions and Professional Standards

I would like to begin by affirming my dedication to becoming the type of doctor that Albert Einstein College of Medicine would be proud of calling a graduate. Ironically it is the circumstances that brought me before you today that have made me steadfast in my life choice to become a doctor. I hope that after I explain the situation regarding my string of failures that it will be clear that this was due to circumstances beyond my control and not negligence. Furthermore I hope to make it clear why you can count on me in the future to improve my performance.

Last year during the Histology course my grandmother Miriam had a stroke and she was left paralyzed on her left side. I consider myself partially responsible for what she went through that day. We always have one family member spend some time with her and I was the only one available that weekend. Nevertheless I stayed on campus because I was nervous about the exam and wanted to maximize my time. Suffice to say, she had the stroke early in the morning and was found on the floor late that night.

This was devastating to me and I felt obligated to move to Brooklyn so that I could help care for her. Thus first year for me was much more challenging in every respect, mentally and physically. I worked incredibly hard trying to keep up, commuting every day, but unfortunately my grades suffered. Therefore I made the decision to decelerate so that my second year would be more successful.

Over the summer I became engaged to be married and the date of the wedding was during mid-winter vacation. This transition proved to be very stressful. My wife had a job, went to college in Brooklyn and there was a lot of pressure on me to continue to live there. I gave in to this pressure and regret it till today. I learned that making a good marriage is extremely challenging and time consuming. Around mid-winter vacation time my record shows that I began to drop courses. I was trying to avoid failing by using this safety. Unfortunately I failed one exam by a tenth of a point.

These past two years have had more change in them than I have gone through in my entire life. My grades represent a failed attempt to juggle these changes and medical school, to somehow do it all. Live up to my family responsibilities as a grandson and a husband, and live up to being a successful student at the same time. The events culminating in my appearing before you today have humbled me to admit to you and to myself that I cannot do it all.

My grandmother has almost completely recovered and is now capable of living alone. Furthermore my wife is graduating and we have reserved an apartment to move on campus in August. She has become very supportive of this change and she wants to help me become a doctor.

Ironically it is the past two years of constant struggling that has made me more determined as a student. I have invested so much of my life into this school that I will do anything to be successful. I cannot emphasize enough how strongly I feel about this. I will put aside all other obligations and completely devote myself to my studies. It is clear to me now that this is the only way to succeed. For the next three years the whole concept of a double life can't and won't exist.

I just wanted to end by thanking you all for listening and I hope to make all of you proud in the years to come.

*[signature]*