

# Albert Einstein College of Medicine of Yeshiva University

**James David, M.D.**
*Associate Dean for Students*

Jack and Pearl Resnick Campus
1300 Morris Park Avenue
Belfer Building, Room 210
Bronx, New York 10461

Phone: 718•430•3060
FAX:   718•430•3764
email: david@aecom.yu.edu

May 27, 2004

Mr. Michael Tyberg
1513 East 14th Street
Brooklyn, NY 11230

VIA DHL EXPRESS

Dear Michael,

I am writing to document the recent decisions of the Committee on Student Promotions and Professional Standards.

At the May 17th meeting, the Committee reviewed your academic record, and was alarmed at the number of failed exams to date. You spoke to the assembled, offering extenuating circumstances of a personal nature. I am sorry it came as such a shock – but the Committee has made an initial, provisional recommendation that you be withdrawn from the medical school program.

The number of failed exams is the crux of the matter, as you know, as is the extended period over which this occurred. In other words, it was not a short period of difficulty.

As you indicated when you and I spoke – you are expected to appeal this provisional recommendation at either the June 7th or the July 12th meeting of the Committee. The earlier date is coming quickly – so you may wish to be on the July agenda. The July date is not written in stone – we will keep you posted should it shift one way or the other. It can be a bit harder, in the Summer months, to collect our members on a given date.

Read the by-laws of the Committee, web-posted at www.aecom.yu.edu/ooe/students.

Please stay in touch.

Sincerely,

James David, MD
Associate Dean for Students

JD/mnd

Copy: Student file

SPR- 0045