

# Albert Einstein College of Medicine of Yeshiva University

James David, M.D.
*Associate Dean for Students*

Jack and Pearl Resnick Campus
1300 Morris Park Avenue
Belfer Building, Room 210
Bronx, New York 10461

Phone: 718•430•3060
FAX:   718•430•3764
email:  david@aecom.yu.edu

August 13, 2004

Mr. Michael Tyberg
1513 East 14th Street
Brooklyn, NY 11230

VIA DHL EXPRESS

COPY

Dear Michael,

I am writing to document the course work plan we have discussed and decided upon.

During academic year 2003-2004, you successfully completed the following:

**Molecular & Cellular Foundations of Medicine - via make-up**
**Endocrine System**
**Reproductive Systems & Human Sexuality**
**GI Liver System**
**Hematological System - via make-up**

This current academic year 2004-2005, and your schedule will include the following:

**Nervous System & Human Behavior**
**Pulmonary System**
**ICM-Clinical Examination**
**Cardiovascular System**
**Microbiology/Infectious Disease**
**Parasitology**
**Rheumatologic System**

I must remind you, at the risk of sounding "negative," that you are expected to continue through the curriculum without further difficulty. If one does not pass a course while on a decelerated schedule, this is grounds for withdrawal by the Committee on Student Promotions and Professional Standards (CSPPS). And if one fails any exam – even a mid-term – in a repeated course, this, too, is grounds for withdrawal by the CSPPS. I have to caution you that this Committee is discouraged from "bending" stated limits, so is not receptive to appeals based on the "just one more chance" theory. The by-laws of the Committee on Student Promotions and Professional Standards can be found at www.aecom.yu.edu/ooe/students.

In the by-laws, one paragraph in particular may warrant your close attention:

SPR- 0057

Tyberg....2

"Failing three exams provokes 'advisory status' for a student, who will be formally counseled by the staff of the Office of Education. Four or five failed exams provokes 'review status' and further counseling. The sixth failed exam triggers a probationary status, and provokes appearing before the Committee. Seven exams is grounds for dismissal. Eight failed exams requires that the student be dismissed. Failing any exam or course twice warrants dismissal. Committee members are encouraged to consider exam scores as reliable indicators of knowledge – rather than accepting the common argument that some students are poor test-takers yet nonetheless have a strong knowledge base. The count for exams is cumulative throughout the medical school program, and includes the NBME examinations."

So please be very careful in planning for your examinations, and family and friends must accept (and hopefully understand) that your focus must be firmly on your schoolwork. Avail yourself of our Cognitive Skills Program and the tutoring provided by Dr. Mildred Witt (718-430-3154). Extra-curricular activities should be kept to an absolute minimum, or undertaken with a full awareness of the risks involved. In other words, I urge you to make good decisions, there is a lot at stake here.

You have invested so, so much up to this point – I urge you to make a stand that your schoolwork be your highest priority. You should study as much as you possibly can, day-in-and-day-out, and working with study partners that support one another's motivation is a great help.

Come in to see me and/or the rest of the second floor team anytime you need us.

Sincerely,

James David, M.D.
Associate Dean for Students

JD/mnd

copy: Student file

 **Albert Einstein College of Medicine of Yeshiva University**

James David, M.D.
*Associate Dean for Students*

Jack and Pearl Resnick Campus
1300 Morris Park Avenue
Belfer Building, Room 210
Bronx, New York 10461

Phone: 718•430•3060
FAX:    718•430•3764
email:  david@aecom.yu.edu

August 23, 2004

Mr. Michael Tyberg
1945 Eastchester Road, Apt. 3-D
Bronx, NY 10461



VIA DHL EXPRESS

Dear Michael,

Although we discussed by phone, some weeks ago, I am required to follow up in writing. I don't expect any of the contents of this letter to be "new" information.

The Committee on Student Promotions and Professional Standards, at its July 19th meeting, elected to RESCIND its prior recommendation that you be withdrawn from the medical student program. Quite a relief, I know, for you and your loved ones. Speaking in my own voice, not for the Committee nor in my official capacity, I would like to acknowledge that your personal statement and your "reading" of same to the assembled was a strikingly clear expression of both your thoughts and your intentions. It was not a "Michael" that the Committee had yet seen, I felt.

But back to business. They have made no bones about their expectations of you, and these warrant clarity. Any further difficulties are to provoke your re-appearance before the Committee and may be grounds for dismissal. This is to most conspicuously include any grade below a "pass" on any examination – ANY examination – including USMLE attempts. A "low pass" in ANY context will not meet their expectations – it's a "pass" or better from now on. A "no show" will be substantially treated as a failed exam. Seeking to be excused from an exam at the eleventh hour, when the need is not emergent, will similarly fall below their standard. I cannot make an exhaustive list of just what constitutes "further difficulties" but this is generally taken to include the academic sphere, the professionalism sphere, and the "dutiful attendance" sphere. Again, the by-laws guide the Committee and are web-posted at www.aecom.yu.edu/ooe/students.

The Committee discussed "mandating" ongoing treatment as a formal Committee expectation but ultimately opted against "forcing" you in this fashion. Instead, they asked me to convey my own opinion that you have already utilized treatment to good effect and that continuing for the coming years of medical school would be in your best interests. In all of our lives there

Michael Tyberg.....2

are "extenuating circumstances" and then there is how each of us "manages" such circumstances. Committee members also asked me to convey to you, not as a formal recommendation, to keep this latter principle in mind. They predict that such multi-focal demands on your time and attention will INCREASE rather than the opposite in the coming years.

Be well, regards to you and yours.

Sincerely,

James David, MD
Associate Dean for Students

JD/mnd