**STEP 1**                                                                                              **STEP 2**

# United States Medical Licensing Examination
## Step 1 - Score Report

USMLE Step 1 is administered to students and graduates of U.S. and Canadian medical schools by the National Board of Medical Examiners (NBME) 3750 Market Street, Philadelphia, PA 19104-3190

**Examinee:** Michael M. Tyberg    October 5, 2005    **USMLE #:** 5-137-294-4

**Medical School:** Albert Einstein College of Medicine    **Medical School Code:** 033020

| Examination Date | Expected Year of Graduation | Pass/Fail Result | Three-Digit Score | Two-Digit Score |
|---|---|---|---|---|
| 08-Sept., 2005 | 2006/7 | Fail | 181 | 74 |

Medical School Copy