# Committee on Student Promotions and Professional Standards

TO: Members, Committee on Student Promotions and Professional Standards

FROM: N Katz, MD (Chair)
J David, MD

DATE: December 19, 2005

Re: MEETING AGENDA

---

### Michael Tyberg

Michael comes to the Committee today having recently failed the USMLE Step I exam with a close-call score of 181. He has also recently completed the Family Medicine clerkship. Faculty from this latter experience have written to this Committee in support of Michael's clinical work, and one faculty member is slated to speak at today's meeting. We are also expecting to meet Michael's father today.

His academic schematic (attachment #1-a) indicates a spate of failed exams during his initial year (2002-2003); with a much improved record thereafter. However, at this point Michael has failed more than eight exams, in total.

Michael's clinical evaluation for the Family Medicine clerkship is attachment #1-b. Relevant correspondence is included: attachments #1c- 1g.

---

### Payam (Farzanfar) Benson

Payam appeared before the Committee at the November 14, 2005 meeting, and returns to discuss the terms and details of the Committee's decision last month. Payam objects to several elements and wishes to propose changes. His modifications constitute his appealing (to the Committee) the decisions taken at our prior meeting.

Payam's academic schematic is attachment #2-a (he has failed more than eight exams, in total). The letter sent him by Dr. David conveying the Committee's recent decisions is attachment #2-b. Other relevant documents are attachments #2-c through #2-h.

---

### Holly Charleton

Holly has met with this Committee in the past, and is currently re-visiting the second-year curriculum at the Committee's behest. She sends a letter to the Committee asking permission to

## Committee on Student Promotions and Professional Standards

Name: *Michael Tyberg*

Date of Matriculation: *August 2002*          Date: *11/14/05*

### Year 1 - 2002/2003

| *Histology:*<br>Exam 1  F 53.7<br>Final Grade:  F 54.7<br>Make-up  P 65 | *Anatomy:*<br>1. Pass  2. Pass  3. Fail<br>Unit #3 : Pass<br>Final Grade:  PASS | *CV Phys:*<br>P 64.3 | *Renal:*<br>Exam 1  F 64<br>Exam 2  F 56.6<br>Final Grade  F 53.4<br>Make-up - P 96 |
|---|---|---|---|
| *MCFM:*<br>1. P 65.3  2. P 80.9  3. P 86.2  4. P 75.9  5. F 59.5  6. P 67.8<br>Final Average:  72.4<br>Make-up - F 64.4   MUST REPEAT UNITS: 4, 5, 6 || *Dis Mech:*<br>P 82.1 | *Pharm:*<br>Exam 1  P 69.4<br>Final  P 89.2 |
| *ICM: Intro to Patient*<br>PASS | *ICM: Clinical Experience*<br>PASS | *Preventive Medicine:*<br>PASS ||

### Year 2 - 2003/2004

| *MCFM:*<br>4. P 75.9  5. F 64.9  6. P 88.1<br>Final Average:  76.1<br>Make-up - P78.3 ||| *GI/Liver*<br>P 79 |
|---|---|---|---|
| *Endocrine*<br>P 78.8 | *Repro*<br>P 69 | *Pulmonary*<br>Exam 1 - 12/19/03 (excused*)<br>Exam 2 - 2/2/04 (excused*)<br>Final<br>M/U - Did not sit<br>WITHDREW | *Hematology*<br>Exam 5/5/04  F - 0**<br>M/U  P 78 |

### Year 3 - 2004/2005

| *Nervous System/HB*<br>Exam 1  P 79.3<br>Exam 2  P 80.8<br>Final    P 78.3 | *CV Med*<br>P 72.4 | *Pulmonary*<br>Exam 1  P 77.3<br>Exam 2  P 76.4<br>Final Grade  P76.7 | *Parasitology*<br>P 82 |
|---|---|---|---|
| *ICM: Clinical Examination*<br>P 89.0 || *Micro*<br>Exam 1.  P 78<br>Exam 2.  P 86<br>Exam 3.  P 94.2<br>Final Grade  P 87.5 | *Rheum*<br>P 77.1 |

\*   *Conflict w/MCFM exams, requested permission to take make-up*
\*\* *5/11/04 - e-mailed Dr. David, requested permission to take make-up - illness*

ATTACHMENT # 1-a

SPR- 0063

## Year 4 - 2005/2006

| Step 1  | Family Med |   |   |   |   |
|---------|------------|---|---|---|---|
| F - 181 | HP         |   |   |   |   |

**ATTACHMENT**
# 1-a

| | |
|---|---|
| Student Last Name: Tyberg | First: Michael |
| Clerkship Start: 09/12/2005 | End: 10/08/2005 |
| Clerkship: Family Medicine | Site: MMG-Williamsbridge FP |



# Albert Einstein College of Medicine of Yeshiva University
## EVALUATION OF CLINICAL PERFORMANCE AND PROFESSIONAL ATTRIBUTES

Student: Mr. Michael Tyberg

Clerkship/Rotation: Family Medicine / Class of 2007 - Rotation #4

☑ Required   ☐ Elective

**OBSERVED CLINICAL EXAM:** (Please see instructions on reverse side.)

OCE Evaluation: Michael interviewed an elderly woman with multiple symptoms. He has excellent interpersonal skills and was very respectful. He elicited the patient's perspective and asked the relevant medical history and important psychosocial questions. The physical exam was appropriate. Evaluation: Satisfactory (5/7)

**ATTACHMENT # 1-b**

Rating: Satisfactory (5) ← Outstanding →   U/A Unable To Assess   N/A Not Applicable

**PROFESSIONAL ATTRIBUTES**

- EXHIBITS COMPASSION, ADVOCATES FOR HIS/HER PATIENTS. — Satisfactory / Outstanding (6)
- RELIABILITY, ATTENDANCE. — Satisfactory (5) / Outstanding
- WILLINGNESS TO "PITCH IN" AND HELP OVERALL CLINICAL EFFORT. — Satisfactory / Outstanding (6)
- ABILITY TO BRIDGE POTENTIAL BARRIERS OF RACE, SOCIAL CLASS, AGE, RELIGION, GENDER, SEXUAL ORIENTATION, ETHNICITY, LANGUAGE, MENTAL CAPACITY, ETC. — Satisfactory (5) / Outstanding
- WILLINGNESS TO ELICIT AND RESPOND CONSTRUCTIVELY TO FEEDBACK. — Satisfactory / Outstanding (6)
- OVERALL INTERPERSONAL EFFECTIVENESS. — Satisfactory / Outstanding (6)

**NARRATIVE SUMMARY:** (Please see instructions on reverse side.)

Mr. Michael Tyberg was a pleasure to work with. He had a kind, compassionate manner, which was appreciated by patients. He asked good questions and took initiative to read about and follow up on patients seen. Michael's ability to synthesize information in oral and written presentations improved over the rotation. Evaluation: High Pass

In case based teaching, Michael answered questions when asked directly which makes it difficult to assess his knowledge or preparedness for the group/cases. Unfortunately, his presentation came last when we had little time so we did not get a chance to give feedback to him as a group. His case presentation of his patient was adequate. Michael was very polite but his reluctance to respond spontaneously does effect his learning/group participation. Evaluation: Pass

Community Based Project: COPC. Michael conducted a comprehensive community mapping of his health center site by himself. A project of this scope usually involves two or more students. Michael's critique of an article related to his project was well organized and raised some interesting methodological questions. The oral presentation contained an excellent introduction on what is COPC. It clearly connected the demographics to the COPC framework. Evaluation: High Pass

Michael achieved a score of 29/50 on the Family Medicine clerkship exam. The class mean was 39.

Overall Evaluation: High Pass

**OVERALL GRADE FOR THE ROTATION:**

   Pass → ☒ High Pass (5) → ☐ 6 → ☐ 7 Honors  ☐ (Other) (Explained above)

Site Director: Signature _____   Date _____
Department Director: Signature _____ DR MARIA SANTOS   Date 11/14/05
If revised by Site/Dept: Signature _____   Date _____

X-Authentication-Warning: webmail.aecom.yu.edu: nobody set sender to
mtyberg@aecom.yu.edu using -f
Date: Thu, 1 May 2003 18:08:26 -0400
From: mtyberg@aecom.yu.edu
To: david@aecom.yu.edu, steinman@aecom.yu.edu
Subject: MCFM makeup exam
User-Agent: Internet Messaging Program (IMP) 3.1
X-Originating-IP: 129.98.45.220

Hi, how are you? I hope that all is well with you.
This letter is regarding the makeup exam scheduled for May 2nd. Due to a misunderstanding on my part, I was under the impression that the exam was scheduled for the 9th of May. I only became aware of the right time last night. It goes without saying that I am deeply perturbed about this situation as it means that it will effect my performance drastically on the exam. Please take this into account when you are evaluating my score. I am very sorry that this has happened and nonwithstanding this unfotunate turn of events I am still giving my all into learning the material, as I always do. Thank you so much for understanding.
Sincerely,
Michael Tyberg

**ATTACHMENT**
# _1-C_

X-Authentication-Warning: webmail.aecom.yu.edu: nobody set sender to prezant@aecom.yu.edu using -f
Date: Mon, 26 Jan 2004 17:40:01 -0500
From: prezant@aecom.yu.edu
To: mtyberg@aecom.yu.edu
Cc: david@aecom.yu.edu
Subject: Re:
User-Agent: Internet Messaging Program (IMP) 3.1
X-Originating-IP: 207.220.157.5
X-AECOM-SpamCheck: not spam, SpamAssassin (score=-2.041, required 5,
    BAYES_00 -4.90, NO_REAL_NAME 0.16, RCVD_IN_DYNABLOCK 2.60,
    RCVD_IN_SORBS 0.10)

whatever youu prefer

Quoting mtyberg@aecom.yu.edu:

>
>
> Dear Dr. Prezant,
> Hi, how are you? My name is Michael Tyberg and I am a deaccelerated second
> year
> student. This year I am taking over Biochemistry at the same time as your
> Pulmonary & Critical Care Medicine course. Unfortunately the first and second
>
> Biochemistry exams are on the same days as the Pulmonary Exams 1 and 2. I
> informed Dr. David of my conflict of taking the Biochemistry exam on the same
>
> day as the Pulmonary exams and he suggested that I take Both Pulmonary exams
> on
> the March 31st make up date. I would like to do this and am asking for your
> permission to take both Pulmonary exams on the March 31st date. If you have
> any
> other suggestions though I would greatly appreciate it.
> Thank you very much.
> Michael Tyberg
>
>

**ATTACHMENT**
# 1-d

SPR- 0067

1/29/2004

X-Authentication-Warning: webmail.aecom.yu.edu: nobody set sender to mtyberg@aecom.yu.edu using -f
Date: Tue, 11 May 2004 15:48:04 -0400
From: mtyberg@aecom.yu.edu
To: david@aecom.yu.edu
Subject: haematology exam
User-Agent: Internet Messaging Program (IMP) 3.1
X-Originating-IP: 207.127.40.3
X-AECOM-SpamCheck: not spam, SpamAssassin (score=-4.74, required 5,
    BAYES_00 -4.90, NO_REAL_NAME 0.16)

Dear Dr. David,

Hi, how are you? I wanted to ask you for permission to take the Haematology makeup on Friday. I did not fail the exam, but I was sick and could not take it.
Thank you again for all your help.
Michael Tyberg

**ATTACHMENT**
\# _1-e_

mtyberg@aecom.yu.ed, 03:29 PM 7/14/200, clerkship
---

```
Date: Thu, 14 Jul 2005 15:29:40 -0400 (EDT)
Subject: clerkship
From: mtyberg@aecom.yu.edu
To: mdelgado@aecom.yu.edu
User-Agent: SquirrelMail/1.4.4
Importance: Normal
X-AECOM-SpamCheck: not spam, SpamAssassin (score=-3.528, required 5,
       BAYES_00 -4.90, NO_REAL_NAME 0.16, PRIORITY_NO_NAME 1.21)
```

Hi, how are you?
I ran into Dr. David yesterday while he was leaving for the day and I had a quick conversation with him about the start date of my clerkships. As of now I am scheduled to start Aug.1st with psychiatry at BLEB. Unfortunately I do not feel prepared to take the USMLE before this date. Dr. David said that I can revise my schedule and be placed on a schedule where I start clerkships on the 15th of August. Please advise me of what I need to do in order to change my start date.
Thank you,
Michael Tyberg

**ATTACHMENT**
# 1-f

---

10/7/05

NOTE TO FILE

Michael TYBERG

I phoned Michael to convey that he had failed Step I by one point. He had already heard from Dr. Witt, late yesterday, by phone. This is his FIRST attempt at Step I.

I explained that this would have to come to the Committee on Student Promotions and Professional Standards – as an "update" within the next two months. I asked that he submit some type of note to convey the context in which this occurred, i.e., a newborn child – and to feel free to convey the tenor of his academic record since that committee last considered his academic record. I could not predict how they would register this turn of events, I explained.

He asked about his "plans" to begin the Surgery clerkship this coming Monday, Oct 10, 2005.

I told him he could NOT begin under the current circumstances. He said he would send a note outlining his proposed schedule for re-taking Step I and then resuming clerkship studies.

JD:jd

cc:   M Witt

ATTACHMENT # 1-9

## Committee on Student Promotions and Professional Standards

TO: Committee on Student Promotions and Professional Standards

FROM: J David, MD
N. Katz, MD

DATE: December 19, 2005

RE: Minutes of Meeting of 12/19/05

---

Present: A Cajigas, C Cimino, L Cruz, J David, M Delgado, M Gumbs, P Grossman, NT Katz (Chair), M Risley, J Rubinstein, H Steinman, N Soto, S Switzer, M Witt

Excused: R Hays, R Henriksen, N Juthani,

NOTE: Only six voting members present

Dr. Katz called the meeting to order shortly after 1:30 PM. Agenda documents and prior meeting minutes were distributed without correction.

### Michael Tyberg

Michael's record was reviewed by the group and he was invited to address the Committee. He read a lengthy written statement, which summarized his academic record to date, and which articulated the various life circumstances which have contributed to his current academic record. He has failed at least ten exams, and several others were marginal. His most recent exam failures come after the Committee had previously met with him and instructed him that any further failed exams, of any type, would provoke Committee attention and be grounds for dismissal.

At length, Michael offered mitigating circumstances for exams failed over the past four years. He emphasized his long period with strong exam scores, which he sustained through his third year at Einstein, when he really seemed to hit his stride. Unfortunately, he recently failed Step I with a score of 181 – triggering this meeting.

The circumstances he cited included his grandmother's illness, his commute from Brooklyn for much of medical school, his whirlwind courtship and early months of marriage, the birth of his first child (Ben), observance of religious holidays, and the unfamiliarity of the USMLE exam structure. In the course of discussion, however, he reported that the time he spent in full-scale preparation for his recent Step I attempt totaled only three full weeks – although those weeks were very intensive and were spent away from his young family.

Two advocates spoke in Michael's favor. Dr. Liz-Lee Rey spoke of her work supervising Michael during his first clinical clerkship in Family Medicine. She was especially impressed by his

interpersonal and doctor-patient skills – he was very well received by her panel of patients as well as her staff. A letter was distributed from another Attending – Dr. Janet Townsend.

Michael's father addressed the Committee, keeping mostly to personal anecdotes and providing a longer-term perspective on Michael's character development and his prior successes as a student. When pressed to explain how such a "good" boy could fail numerous exams over a period of years – he offered his own theory – lack of time management skills. It was confirmed that Michael is very dutiful, and plays a large role in supporting his family in Brooklyn. The father travels for months at a time on business, most recently to China.

Various Committee members posed questions to Michael who replied, often, with mitigating reasons for periods of poor exam performance. One noted that his written exam in the Family Medicine clerkship had the lowest grade in his group (29/50 raw score), and we learned that one cannot fail this test, as currently administered. As such, this was not accounted to his overall exam failure tally.

Several members raised the question of the applicability of our "eight exam limit" to a student who matriculated prior to this specific clause having been Senate-ratified. Others lamented that he had failed Step I by a single point. Still others maintained that failing so many exams over an extended period is contrary to policy rationale and warrants his dismissal. A motion to this end was made, seconded, and carried unanimously without dissent or abstention.

---

SPR- 0072

# Committee on Student Promotions and Professional Standards

TO:   Members, Committee on Student Promotions and Professional Standards

FROM: J David, MD
      NT Katz, MD (out of town)

DATE: January 23, 2006

Re:   MEETING AGENDA

**With Dr. Katz on vacation, the meeting is to be chaired by Dr. Christopher Cimino.**

---

☐ **Michael Tyberg – Provisional Recommendation**

Michael came to the Committee, as did his father and a faculty advocate who had worked with him during his clerkship in Family Medicine. [Members are referred to the minutes and materials from the December (2005) meeting which are for distribution at today's meeting; a copy of Michael's previous written statement to the Committee (attachment #1-a), and his academic schematic (attachment #1-b).] At the December meeting, the assembled voted that he be recommended for dismissal based on his academic track record. Without a quorum voting last month, as per the by-laws, the recommendation comes now to the very next meeting for endorsement or other action/response.

---

☐ **Gabrielle Chassagne – update/notice**

Gabrielle will be required to appear before this Committee as a result of her having failed another exam two months ago – and her appearance is now slated for the February meeting. Her academic schematic is included (#2-a). The delay in her coming to the Committee has developed as follows and is not entirely of her own accord. Gabrielle initially requested that she not appear in December, as she sorted out her challenging circumstances and consider her future options. Because of the Committee's demanding agenda (today) – it was necessary for the office to schedule her for a February appearance – which was not her preference. She is busy preparing for re-take of the USMLE Step I exam. No action or discussion is expected at today's meeting.

---

☐ **Hilda Alejandre**

Hilda comes to Committee attention having failed Step I for the second time. She has met with the

Page 1 of 4

SPR- 0073



     This past October, the night before my presentation for the Family Medicine clerkship, I received the news that I had missed the Step 1 by one point. In spite of this devastating news, I still managed to give a presentation that generated very good feedback. I was able to do this because the past year had taught me how to put aside emotions and focus on my job. The high pass I earned was anticlimactic, but the wonderful experience that working in the Williamsbridge clinic gave me fuels my constant drive to succeed in becoming a great doctor.

     It is with trepidation that I venture to discuss the events that led to my failures in the year 2002/2003. A medical student is not afforded the luxury of excuses; he is expected to succeed. I place the brunt of responsibility for not rising to these demands upon my own shoulders. I believe in integrity and consistency and just as I accept the credit for my accomplishments, so too I step up to the plate and willingly accept the constructive criticism of my superiors and my peers.

     I welcome this committee to examine with meticulous detail my case. Just as AECOM has invested in me an invaluable education and painstakingly molded the form of a future doctor, so too I will utilize our meeting as a contribution to the final product of who I will be as a doctor. Our experiences mold who we are and there is no one that I would wish more than yourselves, this distinguished committee, to be the kiln that gives a soft malleable mold the strength, resilience and maturity to face the challenges of a medical doctor; to live up to the great name that Albert Einstein College of Medicine stands for.

     It is incumbent upon me to revisit the events from the time of my acceptance into this renowned institution up until the first time that I appeared before this Board a year and a half ago. A review of past events will assist in the integration of all the facts into a big picture. Once the picture is clear, it is easier to recognize what needs to be corrected so that the errors of the past will not be repeated. September 2002 was a tumultuous time that was not the ideal atmosphere one would wish upon any beginner medical student. My grandmother suffered a debilitating stroke that left her left side paralyzed. My mother took a leave of absence from work to move in with my grandmother, my parents hired a full time nurse, and I transferred my residence from Einstein to Brooklyn to offer weekends and some nights to her care. Of all her family I am my grandma's favorite and my presence was a light in her eyes every Saturday. The toll that this extracted from my test preparation was enormous.

     After a number of months, while my grandmother was thankfully on her road to recovery, a new and exciting time was introduced into my life; I began the courtship of my future wife. The drain on my study time and the emotional distraction took a terrible toll on my concentration, affected my studying and negatively impacted my test scores. When I focused, I mustered energy and revealed my potential; a high pass anatomy score and an MCFM score of 75.9, an 80.9, and 86.2 on two other MCFM exams, a 96 on a renal makeup, and an 89.2 on pharmacology.

     A student incapable of the mastery that AECOM demands could not have achieved those scores. In fact it was these very successes that goaded me on to believe that I would restore the Michael Tyberg that I had always known and that my ambitions and goals would be realized. Everybody is born with innate talents and I always prided myself on using my intellect and drive to excel; I was always an outstanding student; the dean of students at Touro College, my alma mater, made me the poster boy of Touro College as he proudly circulated my picture in international newspapers.

     The pattern of successes and failures of 2002/2003 reflect a student struggling with a completely new set of circumstances that introduced failure when previously there had only been success. When the year came to a close I was left with a number of failures and one of them, the

**ATTACHMENT**
# 1-a

SPR- 0074

biochemistry course, had to be repeated. Dr. David emphatically suggested that I decelerate and I agreed. I welcomed deceleration as a chance to enable my wife and I to live in Brooklyn for the first year of our marriage while my wife completed her Bachelors of Psychology at Brooklyn College. Her job was in Brooklyn as well and we felt confident that with this arrangement and her support I would be able to fulfill my duties as a student.

In truth the merit of this plan of action was substantial and there was marked improvement in my handle of the material. The grades of that year of 2003/2004 reflect that; the 67.8 of protein metabolism of the previous year was turned into an 88.1 when it was repeated, a 79 in GI, and a 78.8 in endocrine. In fact the ratio of passes to failures in the year 2002/2003 of tests taken was 2:1 with 5 out of the 15 passes as a low pass. Contrast this to the year of 2003/2004 with a ratio of 7:1 and every pass as a high pass. It is not a coincidence that the first exam given just a couple of weeks after I was married was the only one that I failed. The electrically charged emotions of two newlyweds adjusting to one another made it difficult to focus on the lectures and conferences. I think that every person in this room who has experienced marriage with its ups and downs will testify on my behalf that this is not an unusual. With foresight I withdrew from the pulmonary course to channel all my energy into the topic of carbohydrate metabolism, but without the insight lectures or the four points from conference I received a 64.9 out of a possible 96 points.

Words do not describe the regret I feel for letting my foremost priority of studying be eclipsed by personal issues. It is a common mistake that many doctors learn too late in their careers with sad results. Hence my only consolation from my string of failures is that I was taught this lesson before anyone suffered harm. I can honestly say that the ups and downs of marriage did not disappear, nor did other familial responsibilities since then. Nevertheless I balanced my responsibilities with grace and always placed my studies at AECOM on the top of my list. Since February of 2004 I have passed every exam that I have taken in AECOM. I did not allow previous failures to distract me from my focus. Nor did these setbacks ever cause me to wander from my calling of medicine. The role of a healer to my patients is who I am and that will never change.

There remains one final incident in the year 2002/2003 that I would like to clarify before we can move past the time frame of the last Board meeting; the Hematology exam. My course-load was uncomplicated with Hematology as my sole responsibility and I was sufficiently prepared to do well on the exam, as I proved on the make-up. Unfortunately I fell ill on the night before the exam and did not feel well enough to sit for the exam. Aware that I had up to two make-up exams per year, I elected not to risk a chance of failure due to a transient illness, and I opted to take a makeup. However, I did not realize that I must send in an email to be excused from the exam and I received a failing grade for not showing up. In a way this was an outgrowth of taking make-ups for failed exams in my first year; I had forgotten that the procedure is different for a missed exam. I berate myself and hold myself responsible for not becoming as familiar as I should have with the by-laws. Please do not compare this with the heinous crime of a no-show on the wards. When there are patients that depend on you there is no automatic Plan B that magically appears when you disappear. I had the privilege of completing the Family Medicine clerkship and my reliability of attendance at the Williamsbridge family practice was impeccable; on most nights I stayed well into the evening. This dependability cannot be separated from being a good student or being a good doctor. My dependability is a trait that has served me in good stead in both my personal and my academic life.

During our last meeting the members of this Board gave me the chance to prove that I would bring about a lasting change. I promised this committee that I would change my residence back to AECOM housing and so I did. I promised this committee that I would attend every lecture

3

and conference and I did. I promised that I would utilize every resource that AECOM had to offer and I kept my promise and sought a tutor for every single course that year. Your trust in me was not in vain because, most importantly, I promised this committee a student who would master the material above all other considerations and I came through on that promise as well.

Let us look at the facts. There were 14 examinations left to complete the basic sciences. The ratio of passes to failures was 14:0 and all the exams were high passes. There were no withdrawals or make-ups or points missed from a conference. I would like to point out that in December 2004 I started to take the regular coursework of an accelerated student; Cardiovascular Medicine, Pulmonary, and ICM. What's more is that during that time, I found out that my wife and I were expecting our first child. If I had failed an exam at this point then I would be forced to admit that I had not learned the lessons of the past and that perhaps I am not able to juggle life and all of its surprises. There is no better testament to my ability to do so than to showcase this period of time. I balanced my personal and academic responsibilities with maturity. I mastered the skills of prioritizing and of time management. I weathered the stresses of my wife's pregnancy with ease and I showed great improvement as is evidenced by the last year's solid grades.

What remains now is a discussion of the failure of the USMLE Step 1. The USMLE was a struggle for me from the outset. I had already learned that advice from fellow students about test preparation is a road fraught with danger, yet my resources were limited. There was no syllabus to rely on that the information was contained therein, there were no conferences, no tutors, and no study partners. Based on information and advice I received from other students, I selected First Aid for the Boards as my primary syllabus, so to speak, the Board Review Series as a supplement to fill out the details, and Q-Bank. I used these tools to study and I also purchased a book called 'How to prepare for the USMLE' and found some very sound advice. The same author had written a book 'How to be a successful medical student' that I read after I failed biochemistry and their good advice had helped me pass all my exams since then. In fact I gave my copy of the latter book to Dean David because I felt it had made such an impact on my study methods. My last step in preparation was to make sure that I could devote some time to my almost due wife and Dean David offered that I could start rotations on August 1st.

An old study partner of mine from college days, Chaim Brown, was in a D.O. school in Las Vegas and he expressed an interest in spending the summer studying for the USMLE with me. I thought I would benefit from an intense one-on-one study partnership than join Kaplan. However due to unforeseen circumstances Mr. Brown was unable to come to New York. By that time I was locked out of the Kaplan live lectures. Mr. brown and I, however, still studied on the phone at night and during the day I followed an intense schedule of study and questions.

Approximately a week before my test date I took an evaluation test given by the NBME and my score was 4 points below passing. I asked myself what was missing and lecture material stood out as the most obvious. Kaplan offers online lectures and I found them to be so insightful that, after the Dean gave me an extension till September 12th to start clerkships, I spent all day listening and reviewing these lectures. The week before the exam I reviewed all of First Aid and all the lecture material. Although it seemed that this degree of added instruction of the material went well beyond 4 points, I had made a mistake. I can honestly say that the news of my failure impacted my wife as hard as it did me. Although she had just given birth to our son, Ben, nevertheless her support for my studying never wavered. For example, she would stay during the week with her family so that I would not be distracted. We both however always remained optimistic about the future because we know that the most valuable things in life are what you work hardest for.



ATTACHMENT
# 1-a

So now I stand before you with the failure of the USMLE behind me, but I also now have an experience of a different world of studying. I joined the Kaplan live lecture course and immersed myself in an intense schedule of 9 hours of lecture time with syllabi. Finding a study partner was easy. The first person that I called from their bulletin board, Agatha Mann, became my study partner every night after lectures. We also listen to the lectures on video for a second time. I see the results in how my Q-Bank score has increased and in how my grasp of the knowledge has undergone an integration that is reminiscent of the AECOM courses I took in 2004/2005.

It should also be considered that the USMLE exam is unique in its own right. The material that is being tested stretches across multiple disciplines, delves into each of them richly, and integrates them into one science. Questions are not the classic one step associations I was accustomed to; three and sometimes four steps are required. Also the time factor, which was never an issue in an exam in Einstein, played a role. I submit to you that I what I am also guilty of is underestimating this examination. Part of what Kaplan trained me to do is to look and understand how the questions and multiple-choice answers are written and how to answer them directly. Hindsight is 20/20 and I see now with the right tools I could have conquered this challenge and I did not. It is those words " I could have" that haunt me and give me the impetus to face this challenge again and surmount it.

Lastly I would like to share with this Board my plan for future success. It is a simple one: to repeat the achievements of the past. I will spend a month of study preparing for the shelf examination before I even start each of the clerkships. I will utilize lectures at Kaplan as well as study partners and Q-Bank. Not only will this mean that my free time during the rotation will be spent reviewing, but the quality of my patient care will be enhanced as well. The clerkships are a tough challenge, but I recognize the need for me to put in the extra time and effort so that I may succeed in them as well.

Ladies and Gentleman of the Board, each of you views being a doctor as something intrinsic to the very fabric of your being. In the same spirit, I mentioned earlier that the role of a healer to my patients is who I am and that can never change. Esteemed members of the Board, I am humbled to come before you today to solicit each and every one of you to allow me to continue here at Albert Einstein on the path of actualizing the potential of who I am and of who I can become. If I am awarded the opportunity to continue my studies at AECOM, I promise I will not disappoint your faith in me.

Thank you,

*Michael Tyberg* (signature)

Michael Tyberg

ATTACHMENT
# 1-a

## Committee on Student Promotions and Professional Standards

Name: **Michael Tyberg**

Date of Matriculation: **August 2002**          Date: **12/15/05**

### Year 1 - 2002/2003

| *Histology:*<br>Exam 1   F 53<br>Final Grade:   F 54.7<br>Make-up  P 6? | *Anatomy:*<br>1. Pass   2. Pass   3. Fail<br>Unit #3 : Pass<br>Final Grade:   PASS | *CV Phys:*<br>P ?? | *Renal:*<br>Exam 1   F 64<br>Exam 2   F 56.0<br>Final Grade   F 53.4<br>Make-up  - P 96 |
|---|---|---|---|
| *MCFM:*<br>1. P 65?   2. P 80.9   3. P 86.2   4. P 75.9   5. F 59   6. P 6?<br>Final Average:   72.4<br>Make-up - F 64.4   MUST REPEAT UNITS: 4, 5, 6 | | *Dis Mech:*<br>P 82.1 | *Pharm:*<br>Exam 1   P 6?<br>Final   P 89.2 |
| *ICM: Intro to Patient*<br>PASS | *ICM: Clinical Experience*<br>PASS | *Preventive Medicine:*<br>PASS | |

### Year 2 - 2003/2004

| *MCFM:*<br>4. P 75.9   5. F 64.9   6. P 88.1<br>Final Average:   76.1<br>Make-up - P78.3 | | *GI/Liver*<br>P 79 | |
|---|---|---|---|
| *Endocrine*<br>P 78.8 | *Repro*<br>P 69 | *Pulmonary*<br>Exam 1 - 12/19/03 (excused*)<br>Exam 2 - 2/2/04 (excused*)<br>Final<br>M/U - Did not sit<br>**WITHDREW** | *Hematology*<br>Exam 5/5/04   F - 0*<br>M/U  P 78 |

### Year 3 - 2004/2005

| *Nervous System/HB*<br>Exam 1   P 79.3<br>Exam 2   P 80.8<br>Final    P 78.3 | *CV Med*<br>P 72.4 | *Pulmonary*<br>Exam 1   P 77.3<br>Exam 2   P 76.4<br>Final Grade   P76.7 | *Parasitology*<br>P 82 |
|---|---|---|---|
| *ICM: Clinical Examination*<br>P 89.0 | | *Micro*<br>Exam 1.  P 78<br>Exam 2.  P 86<br>Exam 3.  P 94.2<br>Final Grade   P 87.5 | *Rheum*<br>P 77.1 |

\*   *Conflict w/MCFM exams, requested permission to take make-up*
\*\* *5/11/04 - e-mailed Dr. David, requested permission to take make-up - illness*

**ATTACHMENT**
# 1-b

SPR- 0078

## *Year 4 - 2005/2006*

| Step 1 F-181 | Family Med HP | | | | |
|---|---|---|---|---|---|
| | | | | | |

ATTACHMENT # 1-b

SPR- 0079

Committee on Student Promotions and Professional Standards

TO:        Members, CSPPS

FROM:   J David, MD (Co-chair)

DATE:    March 6, 2006

re:         MEETING MINUTES -- Meeting of 23 Jan 2006

Present:    A Cajigas, C Cimino (Acting Chair), L Cruz, J David, M Delgado, P Grossman, M Gumbs, R Hays, R Henriksen, S Lomonaco, S Moghtaderi, W O'Brien, M Risley, J Rubinstein, N Soto, H Steinman, and M Witt

The meeting was called to order and chaired by Dr. Christopher Cimino, covering during Dr. Katz' absence. The agenda materials, including attachments and handouts were distributed to the assembling Committee members.

☐ Michael Tyberg

Michael had met with the Committee at the December meeting, at which a motion passed that he be recommended for dismissal – but shy a quorum – the matter carried over to the January meeting. Upon review and with a quorum on hand, the motion to recommend dismissal was formally endorsed, without dissent and with one abstention.

☐ Jeevan Padiyar

The Committee agenda had anticipated a personal appearance by Jeevan, and the office learned only several hours before the start of the meeting that he was foregoing his opportunity to directly address the Committee members. He wrote, "I make this written submission for consideration by the CSPPS Committee in lieu of a formal appearance at the January 23rd meeting." While this was unexpected, the Committee proceeded with Jeevan's appeal-to-the-Committee. His letter is attached to these minutes.

The Chair and others reviewed history of this case, including contributions from members and others who had attended previous meetings addressing Padiyar and documents associated with the Padiyar case, which were available. The acting Chair read aloud the full text of Padiyar's letter to the assembled, pausing after each paragraph and sometimes more often, inviting members' comments and some discussion.

Two members expressed concern that by having avoided coming in person – that Padiyar might be creating an opportunity to appear before the Committee at some future date. Dr. David offered that the by-laws did not grant any such automatic postponement privilege (without notice or prior discussion) for students facing delivery-confirmed notification of disciplinary



Page 1 of 2

SPR- 0080