

# Albert Einstein College of Medicine of Yeshiva University

JAMES DAVID, M.D.
*Associate Dean for Students*

Jack and Pearl Resnick Campus
1300 Morris Park Avenue
Belfer Building, Room 210
Bronx, New York 10461

Phone: 718•430•3060
Fax: 718•430•3764
E-mail: david@aecom.yu.edu

January 25, 2006

Mr. Michael Tyberg
1945 Eastchester Road, Apt. 3-D
Bronx, NY 10461

VIA DHL EXPRESS

Dear Michael,

I am writing to convey the proceedings of the December 19, 2005, Committee on Student Promotions and Professional Standards meeting as well as the meeting held this week, January 23, 2006.

At the December meeting, after meeting with you and with your father, the members voted that you be dismissed from the medical school program. As we have discussed, this is in fact a "provisional" action which gives rise to two layers of appeal on your part, if you wish. However, the December meeting was shy of a quorum of voting members when the vote was taken, which shifts the decision to the subsequent Committee meeting for endorsement or revision by a proper quorum. This mechanism is described in the by-laws, web posted at www.aecom.yu.edu/ooe/students (a copy enclosed). I recommend you re-read this booklet/web-pages at this juncture.

The Committee reviewed and then endorsed the recommendation from the December meeting; which permits these disciplinary proceedings to move forward. Without trying to go into a great amount of detail, it is simply your record of failed exams that has ultimately provoked this type of vote, in my opinion.

You are entitled to an appeal-to-the-Committee, as you know. Please let me know how you wish to proceed. If you want to talk in person, please give a call and we will expedite our getting together. Please convey the Committee's appreciation for your father's appearance.

Sincerely,

James David, MD
Associate Dean for Students

JD/mnd

Enc.

Copy: Student file

SPR- 0085