**S. SHALOM FEINBERG, M.D.**
108-28 68TH DRIVE
FOREST HILLS, N.Y. 11375

(718) 520-7200

February 28, 2005

Re: Michael Tyberg

To Whom It May Concern:

The above is a 30 year old married medical student who I saw in psychiatric consultation on February 22, 2005. After a review of his history and clinical status it is my opinion that he is struggling with a number of psychiatric issues that are collectively negatively impacting on his ability to function in his professional and personal life. Mr. Tyberg appears to meet DSM-IV criteria for Attention Deficit/ Hyperactivity Disorder, NOS. Additionally, traumatic events occurring earlier in his life, are playing a contributing role in his present anxiety and depressive symptoms. The latter meets criteria for Anxiety Disorder NOS.

Therapeutic treatment is indicated and I am hopeful will be helpful to him. Therefore I strongly support his recent undertaking of psychotherapy and I have made psychopharmacological recommendations to him as well.

Sincerely,

Shalom Feinberg, M.D.
Psychiatrist, Board Certified



S. SHALOM FEINBERG, M.D.
108-28 68TH DRIVE
FOREST HILLS, N.Y. 11375

QUEENS NY 113
28 FEB 2006 PM 1 T

Mr. Michael Tyberg
[address illegible]

SPR- 0108