

# Albert Einstein College of Medicine of Yeshiva University

JAMES DAVID, M.D.
*Associate Dean for Students*

Jack and Pearl Resnick Campus
1300 Morris Park Avenue
Belfer Building, Room 210
Bronx, New York 10461

Phone:  718•430•3060
Fax:    718•430•3764
E-mail: david@aecom.yu.edu

March 27, 2006

Mr. Michael Tyberg
1945 Eastchester Road, Apt. 3-D
Bronx, NY 10461

VIA DHL EXPRESS

Dear Michael,

Your appearance at today's meeting was much appreciated, yet I write with what I know must be unwelcome news. The Committee voted to uphold its prior recommendation that you not continue your medical studies at Einstein. I am sorry to be the bearer of such a disappointing report. A written appeal-to-the-Dean is at your disposal. Please consult the bylaws web-posted at www.aecom.yu.edu/ooe/students.

Sincerely,

James David, MD
Associate Dean for Students

JD/mnd

Copy: Student file

SPR- 0109