USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

SIVE, PAGET & RIESEL, P.C.

460 PARK AVENUE

NEW YORK, NEW YORK 10022-1906

TELEPHONE: (212) 421-2150
FACSIMILE: (212) 421-1891

STEVEN BARSHOV
MICHAEL S. BOGIN
PAUL D. CASOWITZ*
MARK A. CHERTOK
PAMELA R. ESTERMAN*
JEFFREY B. GRACER
DAVID PAGET
DANIEL RIESEL
STEVEN C. RUSSO
DAVID S. YUDELSON

*ALSO ADMITTED IN NJ

DAVID SIVE (RET.)

CHRISTINE M. LEAS
ASHLEY S. MILLER
ELIZABETH A. READ

ARTHUR J. JACOBSON
COUNSEL

WEB SITE: www.sprlaw.com
E-MAIL: sprlaw@sprlaw.com


RECEIVED MAY 2[?] 2008 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

May 22, 2008

By Hand Delivery

Honorable William H. Pauley, III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re:   *Tyberg v. Albert Einstein College of Medicine, et al., 07 CV 2262*

Dear Judge Pauley:

We represent the defendants in the above-referenced action. Plaintiff has not submitted any papers in opposition of our motion for summary judgment, filed April 2, 2008, and has agreed to a stipulation of dismissal with prejudice, enclosed herewith. Therefore, we respectfully request that our motion for summary judgment be granted, the complaint be dismissed, and the motion be removed from the calendar.

Respectfully submitted,

Daniel Riesel

Encl.

cc:   Martin N. Kroll, Esq.

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/27/08