UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

MICHAEL TYBERG,

      Plaintiff,

-against-

ALBERT EINSTEIN COLLEGE OF MEDICINE OF
YESHIVA UNIVERSITY, ALBERT EINSTEIN
COLLEGE OF MEDICINE OF YESHIVA UNIVERSITY
COMMITTEE ON STUDENT PROMOTIONS AND
PROFESSIONAL STANDARDS, JAMES DAVID, M.D.,
and ALLEN M. SPIEGEL, M.D.,

      Defendants.

--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

**STIPULATION**
**OF DISMISSAL**

Case No. 07 CV 2262 (WHP)

It is hereby stipulated by and between counsel for the respective parties that the above-captioned action is dismissed with prejudice and without costs.

    KROLL, MOSS & KROLL, LLP
    Counsel for Plaintiff, Michael Tyberg

    By: _____/s/ Martin Kroll_____
    Martin Kroll, Esq.
    Kroll, Moss & Kroll, LLP
    400 Garden City Plaza, Suite 310
    Garden City, New York 11530
    (516) 873-8000

SO ORDERED:

_____/s/ William H. Pauley III_____
WILLIAM H. PAULEY III U.S.D.J.

5/27/08

P:\5798\Tyberg - Stip of Disl v. 2.doc

SIVE PAGET & RIESEL, P.C.
Counsel for Defendants Albert Einstein College of Medicine of Yeshiva University, Albert Einstein College of Medicine of Yeshiva University Committee on Student Promotions and Professional Standards, James David, M.D., and Allen M Spiegel, M.D.

By: _____
Daniel Riesel (9777)
460 Park Avenue
New York, NY 10022
(212) 421-2150

So-Ordered:

_____
Hon. William H. Pauley, III
United States District Judge